UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARK E. ANDERSON,<br><br>        Plaintiff,<br><br>vs.<br><br>BITTERROOT HEALTH HOSPICE, WEST HILLS ASSISTED LIVING, TODD BOHLING, TERRI ANDERSON, POLLY ANDERSON, BILL ANDERSON, JUDGE HOWARD RECHT, SHERIFF, DR. COURCHESNE, DR. WOOD, AND DAN BOWDER,<br><br>        Defendants. | Case No. CV-24-012-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  **   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that, in accordance with the Court's Order of March 15, 2024 (Doc. 28), Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE.

    Dated this 15th day of March, 2024.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ Sarah Nagy
                                    Sarah Nagy, Deputy Clerk